UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY )<br><br>Plaintiffs, )<br><br>v. )<br><br>R.J. TORCHING, INC., aka RJ Industrial LLC or RJ Industrial, )<br><br>Defendant. ) | Civil Action No. 20-cv-_____ |

**EXHIBIT D TO COMPLAINT:**

**EPA NOTICE OF VIOLATION-6/20/2019**



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604-3590

JUN 2 0 2019

REPLY TO THE ATTENTION OF

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Jason Roughton, President
RJ Torching, Inc.
d/b/a RJ Industrial, LLC
G-5167 North Dort Highway
Flint, Michigan 48505

Re:   Notice and Finding of Violation
      RJ Torching, Inc.
      Flint and Battle Creek, Michigan

Dear Mr. Roughton:

The U.S. Environmental Protection Agency is issuing the enclosed Notice and Finding of Violation (NOV/FOV) to RJ Torching, Inc., d/b/a RJ Industrial, LLC (you), under Section 113(a)(1) and (a)(3) of the Clean Air Act, 42 U.S.C. § 7413(a)(1) and (a)(3). We find that you are violating both the Michigan State Implementation Plan and Administrative Consent Order EPA-5-15-113(a)-MI-02 at your Flint and Battle Creek, Michigan facilities.

Section 113 of the Clean Air Act gives us several enforcement options. These options include issuing an administrative compliance order, issuing an administrative penalty order and bringing a judicial civil or criminal action.

We are offering you an opportunity to confer with us about the violations alleged in the NOV/FOV. The conference will give you an opportunity to present information on the specific findings of violation, any efforts you have taken to comply and the steps you will take to prevent future violations. In addition, in order to make the conference more productive, we encourage you to submit to us information responsive to the NOV/FOV prior to the conference date.

Please plan for your facility's technical and management personnel to attend the conference to discuss compliance measures and commitments. You may have an attorney represent you at this conference.

The EPA contact in this matter is Manojkumar Patel. You may call him at (312) 353-3565 or patel.manojkumar@epa.gov to request a conference. You should make the request within 10 calendar days following receipt of this letter. We should hold any conference within 30 calendar days following receipt of this letter.

Sincerely,

*Michael D. Harris*

Michael D. Harris
Acting Director
Enforcement and Compliance Assurance Division


cc:	Jennie Camilleri, Enforcement Unit Supervisor
	Air Quality Division
	Michigan Department of Environment, Great Lakes and Energy
	CamilleriJ@michigan.gov

	Brad Myott, District Supervisor
	Lansing Air Quality District
	Michigan Department of Environment, Great Lakes and Energy
	myottb@michigan.gov

	Rex Lane, District Supervisor
	Kalamazoo Air Quality District
	Michigan Department of Environment, Great Lakes and Energy
	laner@michigan.gov

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 5

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| **RJ Torching, Inc.** ) | NOTICE AND |
| **d/b/a RJ Industrial, LLC** ) | FINDING OF VIOLATION |
| **Flint, Michigan** ) | |
| **Battle Creek, Michigan** ) | EPA-5-19-MI-07 |
| ) | |
| Proceedings Pursuant to ) | |
| Section 113(a) of the ) | |
| Clean Air Act, 42 U.S.C. ) | |
| § 7413(a)(1) and (a)(3) ) | |

## NOTICE AND FINDING OF VIOLATION

The U.S. Environmental Protection Agency (EPA) is issuing this Notice and Finding of Violation (NOV/FOV) under Section 113(a)(1) and (a)(3) of the Clean Air Act (CAA), 42 U.S.C. § 7413(a)(1) and (a)(3). EPA finds that RJ Torching, Inc., d/b/a RJ Industrial, LLC (RJ Torching), is violating the Michigan State Implementation Plan (SIP) and Administrative Consent Order EPA-5-15-113(a)-MI-2 (Order) at its Flint and Battle Creek, Michigan facilities, as follows:

### Statutory and Regulatory Background

1. Each state must submit to the Administrator of EPA a plan for attaining and maintaining the National Ambient Air Quality Standards under Section 110 of the CAA, 42 U.S.C. § 7410.

2. On May 6, 1980, the EPA approved R336.1201 (Permits to Install) as part of the federally enforceable Michigan State Implementation Plan (SIP). 45 Fed. Reg. 29790.

3. The federally enforceable Michigan SIP at R336.1201 provides, in relevant part: "A person shall not install, construct, reconstruct, relocate, or alter any process, fuel-burning equipment, or control equipment pertaining thereto, which may be a source of an air contaminant, until a permit is issued […] This shall be known as a permit to install and shall cover construction, reconstruction, relocation, and alteration of equipment where such is involved."

4. On May 6, 1980, EPA approved R336.1285 (Permit to install exemptions; miscellaneous) as part of the federally enforceable Michigan SIP. 45 FR 29790. On August 31, 2018, EPA approved an amendment to R336.1285. 83 Fed. Reg. 44485.

5. The federally enforceable Michigan SIP at R336.1285(2)(j) provides, in relevant part: "The requirement of R336.1201(1) to obtain a permit to install does not apply to any of the following: […] (j) Portable torch cutting equipment that does not cause a nuisance or

adversely impact surrounding areas and is used for either of the following: [...] (ii) scrap metal recycling and/or demolition activities that have emissions that are released only into the general in-plant environment and/or that have externally vented emissions equipped with an appropriately designed and operated enclosure and fabric filter."

6. On June 11, 1992, EPA approved R336.1301 as part of the federally enforceable Michigan SIP. 57 Fed. Reg. 24752. On June 1, 2006, EPA approved a revision to R336.1301. 71 Fed. Reg. 31093.

7. R336.1301(1)(a) requires, in relevant part, that a person shall not cause or permit to be discharged into the outer air from a process or process equipment visible emissions (VE) of a density greater than six-minute average of 20 percent opacity, except for one six-minute average per hour of not more than 27 percent opacity.

8. On June 28, 2002, EPA approved R336.1310 as part of the federally enforceable Michigan SIP. 67 Fed. Reg. 43548.

9. R336.1310(1) requires, in relevant part, that a person shall not cause or permit open burning of refuse, garbage, or any other waste materials.

10. On July 26, 1982, EPA approved definitions in R336.1115 as part of the federally enforceable Michigan SIP. 47 Fed. Reg. 32116.

11. R336.1115(b) defines "Opacity" as the degree to which an emission reduces the transmission of light or obscure an observer's view.

12. R336.1115(c) defines "Open burning" as a fire from which the products of combustion are emitted directly into the outer air without passing through a stack or chimney.

13. On June 11, 1992, EPA approved definitions in R336.1101 and R336.1116 as part of the federally enforceable Michigan SIP. 57 Fed. Reg. 24752.

14. R336.1101(c) defines "air contaminant" as a dust, fume, gas, mist, odor, smoke, vapor, or any combination thereof.

15. Section 302(e) of the CAA, 42 U.S.C. § 7602(e), and R336.1116(h) defines "person," in part, as an individual or a corporation.

16. R336.1116(q) defines "process" as an action, operation, or a series of actions or operations at a source that emits or has the potential to emit an air contaminant.

17. R336.1116(r) defines "process equipment" as all equipment, devices, and auxiliary components, including air pollution control equipment, stacks, and other emission points used in a process.

## Factual Background

18. RJ Torching owns and operates scrap metal processing facilities at 989 North Raymond Avenue, Battle Creek, Michigan (the Battle Creek Facility) and G-5167 North Dort Highway, Flint, Michigan (the Flint Facility), where it conducts torch cutting of metal scrap.

19. RJ Torching is a "person," as that term is defined in Section 302(e) of the CAA and R336.1116.

20. Torch cutting is a "process," as that term is defined at R336.1116.

21. Emissions from torch cutting at the Flint and Battle Creek Facilities are "air contaminants," as that term is defined at R336.1101 and are subject to Michigan SIP R336.1301.

22. On March 25, 2011 and December 20, 2013, EPA issued Notices of Violations to RJ Torching, citing exceedances of R336.1301(1)(a) of the Michigan SIP from the torch-cutting operations at its Battle Creek and Flint Facilities.

23. On March 31, 2015, EPA issued RJ Torching an administrative consent order, pursuant to Section 113(a) of the CAA, to address continuing exceedances of R336.1301(1)(a) of the Michigan SIP from the torch-cutting operations at its Battle Creek and Flint Facilities (the March 2015 Order).

24. The March 2015 Order, at paragraph 23, requires that RJ Torching shall achieve, demonstrate, and maintain compliance with the Michigan SIP at its Battle Creek and Flint Facilities by March 31, 2015.

25. On December 20, 2017, EPA issued RJ Torching an NOV/FOV alleging violations of the opacity limit at R336.1301(1)(a), the open burning rule at R336.1310(1), and the March 2015 Order.

26. On May 2, 2018, EPA conducted VE observations at the Battle Creek Facility, in accordance with EPA Alternative Method 082. EPA determined the average opacity to be 56.87% and 46.87%, using two non-overlapping six-minute averaging periods.

27. On May 2, 2018, EPA conducted VE observations at the Battle Creek facility and observed that multiple torch cutting processes were operating outdoors and that these processes were operating without an enclosure or a fabric filter and therefore did not meet the Michigan SIP 336.1285(2)(j) exemption standard.

28. On December 21, 2018, a representative from the Michigan Department of Environmental, Great Lakes and Energy (EGLE, formerly the Michigan Department of Environmental Quality) observed that three torch cutting processes at the Flint Facility were operating outdoors and that these processes were operating without enclosures or fabric filters.

3

29. On May 8, 2019, a representative from EGLE observed that, at the Battle Creek Facility, multiple torch cutting processes were operating outdoors and that these processes were operating without an enclosure or a fabric filter.

30. On May 8, 2019, the EGLE representative observed that, after ceasing torching operations, RJ Torching allowed scrap waste material to smolder, causing smoke at its Battle Creek facility.

31. RJ Torching does not have externally vented emissions equipped with appropriately designed and operated enclosures and fabric filters at either the Battle Creek or Flint Facilities.

32. At both the Battle Creek and Flint Facilities, RJ Torching's emissions are causing a nuisance and adversely impacting surrounding areas.

33. RJ Torching does not have a Permit to Install at either the Battle Creek or Flint Facilities.

### Violations

34. The VE observations at the Battle Creek Facility, described in paragraph 26, above, exceed the limit and constitute violations of the Michigan SIP, R336.1301(1)(a).

35. The VE observations at the Battle Creek Facility, described in paragraph 26, above, constitute violations of paragraphs 21 and 22 of the March 2015 Order.

36. The open burning of scrap waste material at the Battle Creek Facility, described in paragraph 30, above, constitutes a violation of R336.1310(1).

37. The open burning of scrap waste material at the Battle Creek Facility, described in paragraph 30, above, constitutes violation of paragraph 21 of the March 2015 Order.

38. At the Flint Facility, RJ Torching does not have a Permit to Install, in violation of R336.1201.

39. At the Battle Creek Facility, RJ Torching does not have a Permit to Install, in violation of R336.1201.

4

## Environmental Impact of Violations

40. Violations of opacity and open burning rules, and of regulations requiring permits to install for sources of particulate matter, increase public exposure to unhealthy particulate matter. Acute respiratory effects of the inhalation of particulate matter include narrowing of the airways and asthma attacks. Chronic respiratory effects include damage to lung tissue, increased pulmonary resistance, and fibrotic changes in lung tissue. Increased pulmonary resistance and fibrosis may lead to cardiovascular impairment.

_6/20/2019_
Date

_Michael D. Harris_
Michael D. Harris
Acting Director
Enforcement Compliance Assurance Division

5

## CERTIFICATE OF MAILING

I certify that I sent a Notice and Finding of Violation, No. EPA-5-19-MI-07, by Certified Mail, Return Receipt Requested, to:

Jason Roughton, President
RJ Torching, Inc.
5061 Energy Drive
Flint, Michigan 48505

I also certify that I sent copies of the Notice and Finding of Violation by electronic mail to:

Jennie Camilleri, Enforcement Unit
Supervisor
Air Quality Division
Michigan Department of Environment,
Great Lakes and Energy

Brad Myott, District Supervisor
Lansing Air Quality District
Michigan Department of Environment,
Great Lakes and Energy

Rex Lane, District Supervisor
Kalamazoo Air Quality District
Michigan Department of Environment,
Great Lakes and Energy

On the 20th day of June 2019.

Kathy Jones
Program Technician
AECAB, PAS

CERTIFIED MAIL RECEIPT NUMBER: 7018 0680 0002 2759 4298